AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

|  |  |
|---|---|
| JACOB R. BLODGETT,<br>*Plaintiff*<br>v.<br><br>JOHNATHEN BENNETT, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br><br>Civil Action No.  4:20-CV-5157-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:   The Second Amended Complaint is DISMISSED with prejudice.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge _____Thomas O. Rice_____ for failure to state a claim upon which relief may be granted.

Date:  __February 17, 2021__

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen